UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                   MISC. NO. 09-mc-51004

-vs-

                                   HON. PAUL D. BORMAN

CHARLES R. PLOOF,

        Respondent.
_____/

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the tax liability of respondent, Charles R. Ploof, and personally served upon him on September 10, 2009, this cause having come on before the undersigned pursuant to an Order to Show Cause issued September 2, 2009, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Charles R. Ploof, appear before Revenue Officer Angela Davis or her designated representative at 10:00 a.m. on November 12, 2009, at 1270 Pontiac, Pontiac Road, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data

demanded by the summons served upon Charles R. Ploof on February 6, 2009, the examination to continue from day to day until completed.

                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  November 9, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 9, 2009.

                                                S/Denise Goodine
                                                Case Manager